## Smith, Joseph

| | |
|---|---|
| **From:** | Michael Krashin [MKrashin@bannerwitcoff.com] |
| **Sent:** | Wednesday, October 18, 2006 3:48 PM |
| **To:** | alison.wheeler@bartlit-beck.com; mreinemann@c-m.com; mrr@c-m.com; sdotan@mdfslaw.com; jberes@stites.com; ppoirot@mwe.com; dhw@lcojlaw.com; smeisner@mwe.com; joseph.smith@bartlit-beck.com; randy.michels@stites.com |
| **Cc:** | Binal Patel; Matt Becker; Jason Shull |
| **Subject:** | Lexmark subpoenas |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | Subpoena To Stites & Harbison PLLC.PDF; Subpoena To Liebmann, Conway, Olejniczak & Jerry, S.C..PDF; Subpoena To McDermott Will & Emery.PDF; Subpoena To Bartlit Beck Herman Palenchar & Scott LLP.PDF; Subpoena To Cesari & McKenna, LLP.PDF; Subpoena To Moldo, Davidson, Fraioli, Seror & Sestanovich, LLP.PDF; Subpoena To Manatt, Phelps & Phillips, LLP.PDF; Subpoena To Robert D. Becker.PDF |

Please find the following subpoenas attached hereto seeking discovery relating to Pendl's advice of counsel defense:

Stites & Harbison (attn: Joel Beres)
Bartlit Beck (attn: Joe Smith)
McDermott Will & Emery (attn: Paul Poirot)
Cesari & McKenna (attn: Michael Reinemann)
Moldo Davidson (attn: Steven Dotan)
Liebmann Conway (attn: David Weber)

Please confirm that you will accept service of the subpoena directed to your respective law firm.

Also, we attach the following subpoenas that were sent out for service today:

Robert Becker
Manatt, Phelps & Phillips (attn: Robert Becker)

We have also sent copies of these subpoenas to you via first class mail.

Michael L. Krashin
Banner & Witcoff, Ltd.
10 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Tel: (312) 463-5000
Fax: (312) 463-5001
E-mail: mkrashin@bannerwitcoff.com

CONFIDENTIALITY NOTICE: This message contains information from the law firm of Banner & Witcoff, Ltd. which may be privileged, confidential, or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, use, retention, archiving, or copying of the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail, telephone, or facsimile.