UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| STATIC CONTROL COMPONENTS, INC., <br><br>     PLAINTIFF/COUNTERCLAIM <br>     DEFENDANT <br><br> v. <br><br> LEXMARK INTERNATIONAL, INC., <br><br>     DEFENDANT/COUNTERCLAIM <br>     PLAINTIFF <br><br> v. <br><br> WAZANA BROTHERS INTERNATIONAL, INC. d/b/a MICRO SOLUTIONS ENTERPRISES <br><br>     COUNTERCLAIM DEFENDANT <br><br> v. <br><br> STATIC CONTROL COMPANIES, INC. <br><br>     COUNTERCLAIM DEFENDANT <br><br> v. <br><br> NER DATA PRODUCTS, INC. <br><br>     COUNTERCLAIM DEFENDANT | Pending in the United States District Court <br> Eastern District of Kentucky <br> Honorable Gregory F. Van Tatenhove <br> Civil Action 04-CV-84-GFVT. |

### [PROPOSED] ORDER

This matter coming before the Court on Bartlit Beck Herman Palenchar & Scott LLP's

Motion to Quash Improper Subpoena Served on Opposing Party's Trial Counsel (Including

Motions to File Two Exhibits Under Seal), and the Court having reviewed the file being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1) Bartlit Beck's Motions to File Exhibits under seal are GRANTED;
2) Bartlit Beck's Motion to Quash is GRANTED; and
3) Lexmark is ORDERED to pay Static Control's reasonable attorney's fees and costs expended in responding to the subpoena.

DATED: _____

_____
UNITED STATES DISTRICT COURT JUDGE