**06-CV-02182**

```
nMon Oct 30 17:04:49 2006

     UNITED STATES DISTRICT COURT
     DENVER          , CO

Receipt No.   100 272013
Cashier       stacie

C.C. Number: SEE CC REC         11/06

DD Code     Div No
  4613        1

Sub Acct Type Tender    Amount
1:510000  N    4         19.00
2:086900  N    4         20.00

Total Amount       $     39.00

FROM RENEE GRIMMETT

06-CV-2182, MISC CASE, SG
```