IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| **Civil Action No.** 06-cv-02182-JLK-BNB | FTR BNB Geneva D. Mattei |
| **Date:** December 8, 2006 | COURTROOM A-401 |

STATIC CONTROL COMPONENTS, INC.,　　　　　Joseph Smith Jr.

　　　　　Plaintiff,

v.

LEXMARK INTERNATIONAL, INC.,　　　　　Binal Patel

　　　　　Defendant.

## COURTROOM MINUTES

**EVIDENTIARY HEARING**

Court in Session:　　2:30 p.m.

Court calls case.

Appearances of Counsel.

Evidence is offered regarding the plaintiff's motion to Quash Improper Subpoena on opposing party's trial counsel( including motions to file two exhibits under seal) by Plaintiff Static Control Component, Inc.(10/30/06 #1)

**ORDERED:　The plaintiff's is motion to Quash Improper Subpoena on opposing party's trial counsel( including motions to file two exhibits under seal) by Plaintiff Static Control Component, Inc.(10/30/06 #1) is TAKEN UNDER ADVISEMENT, as stated in record. The court will shall file a Recommendation.**

Court in Recess:　　3:12 p.m　　Hearing concluded.

Total time in Court:　　00:42