IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02182-JLK-BNB

STATIC CONTROL COMPONENTS, INC.,

Plaintiff,

v.

LEXMARK INTERNATIONAL, INC.,

Defendant/Counterclaim Plaintiff,

v.

WAZANA BROTHERS INTERNATIONAL INC., d/b/a MICRO SOLUTIONS ENTERPRISES,

Counterclaim Defendant,

v.

STATIC CONTROL COMPANIES, INC.,

Counterclaim Defendant,

v.

NER DATA PRODUCTS, INC.,

Counterclaim Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Motion to Withdraw Seth Greenstein** [docket no. 38, filed December 15, 2006] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED and attorney Seth Greenstein is withdrawn from the representation of defendant Status Control Companies, Inc. and is to be removed from the electronic service.

DATED:  December 15, 2006